## Revised Budget Projections
April 2020 - December 2024
True Colours, Inc

Due to the Covid19 Pandemic, we have been forced to reevaluate and revise our budget projections for 2020. We have also included monthly projections for 2021 and then yearly for 2022, 2023, and 2024.

In the months of April, May, June, July we are not expecting to be able to generate revenue due to Governor Stitt's mandate that all nonessential businesses close through April 30th, possible supply chain disruption with fresh flowers, OSU and Stillwater Public Schools being closed, social distancing, and economic slow down. To date, we have had over $65,000 in events cancel or postpone due to the pandemic. We are asking that part of the Bankruptcy Plan to be initiating payments to creditors after 'normal' business has resumed, we are estimating that to be August when OSU/public schools plan on resuming and hopefully we are on the tail end of the pandemic curve. Depending on how quickly social distancing measures are relaxed, businesses allowed to open, and society's willingness to spend money returns, we will be able to do daily business on a small scale, generating around $7,000 until August.

If we are able to procure flowers for the next several months, in the month of _May_ we have one wedding that is still planning on taking place, with $1,060 due, and cost of goods around $400. Mothers Day is May 10th, in 2019 we did approximately $20,000 in revenue Mother's Day week. If we are able to do business, it's hard to estimate what demand will be like during the pandemic. If we estimate 1/2 the business of last year, that's about $10,000, with a cost of goods of around $2,000. In _June_ we have 3 weddings that have not rescheduled, with $5,280 due, and cost of goods around $,1100. In _July_ we have one wedding scheduled, owing $926 with cost of goods around $375.

For 2021 we have used projections originally intended for 2020, with an increase of sales of 20% because of closing of a competitor and continued natural growth of the business. 2022, 2023, and 2024 we have assumed 10% growth each year.

Exhibit "B"

| I CASH FLOW | 2020 April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | |
| Collections | 0 | 0 | 0 | 0 | 60,086 | 66,139 | 67,429 | 56,777 | 42,342 |
| Additional borrowings | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Cash Receipts | 0 | 0 | 0 | 0 | 60,086 | 66,139 | 67,429 | 56,777 | 42,342 |
| **Cash Disbursements** | | | | | | | | | |
| *Total Payroll* | | | | | | | | | |
| Payroll - Gross | 0 | 0 | 0 | 0 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Payroll - Employer Taxes | 0 | 0 | 0 | 0 | 2,550 | 2,550 | 2,550 | 2,550 | 2,550 |
| Benefits | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Health Insurance | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 |
| Worker's Comp Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance Property | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 |
| Insurance GL and Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes | 0 | 0 | 0 | 0 | 4,710 | 4,710 | 4,710 | 4,710 | 4,710 |
| *Expenses* | | | | | | | | | |
| Cost of goods | 0 | 0 | 0 | 0 | 12,200 | 13,400 | 13,900 | 11,100 | 8,500 |
| IT & Telecom | 439 | 439 | 439 | 439 | 439 | 439 | 439 | 439 | 439 |
| *General & Administrative* | | | | | | | | | |
| Rent | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 |
| Professional Fees | 0 | 0 | 0 | 0 | 300 | 300 | 300 | 300 | 300 |
| Contract Labor | 0 | 0 | 0 | 0 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Office Expense | 0 | 0 | 0 | 0 | 715 | 715 | 715 | 715 | 715 |
| Other G&A | 800 | 800 | 800 | 800 | 3,762 | 3,762 | 3,762 | 3,762 | 3,762 |
| Total Operating Disbursements | 9,409 | 9,409 | 9,409 | 9,409 | 43,846 | 45,046 | 45,546 | 42,746 | 40,146 |
| Required debt service | 0 | 0 | 0 | 0 | 10,200 | 10,200 | 10,200 | 10,200 | 10,200 |
| Available cash | -9,409 | -9,409 | -9,409 | -9,409 | 6,040 | 10,893 | 11,683 | 3,831 | -8,004 |

1

# I. CASH FLOW

| 2021 | January | February | March | April | May | June | July | August | September | October | November | December | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | | | |
| Collections | 77,183 | 76,155 | 70,901 | 74,321 | 58,097 | 36,362 | 45,049 | 60,086 | 66,139 | 67,429 | 56,777 | 42,347 | 730,846 |
| Additional borrowings | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Cash Receipts** | 77,183 | 76,155 | 70,901 | 74,321 | 58,097 | 36,362 | 45,049 | 60,086 | 66,139 | 67,429 | 56,777 | 42,347 | 730,846 |
| **Cash Disbursements** | | | | | | | | | | | | | |
| *Total Payroll* | | | | | | | | | | | | | |
| Payroll - Gross | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 204,000 |
| Payroll - Employer Taxes | 2,550 | 2,550 | 2,550 | 2,550 | 2,550 | 2,550 | 2,550 | 2,550 | 2,550 | 2,550 | 2,550 | 2,550 | 30,600 |
| Benefits | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Health Insurance | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 | 1,055 | 12,660 |
| Worker's Comp Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance Property | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 22,380 |
| Insurance GL and Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes | 4,710 | 4,710 | 4,710 | 4,710 | 4,710 | 4,710 | 4,710 | 4,710 | 4,710 | 4,710 | 4,710 | 4,710 | 56,520 |
| **Expenses** | | | | | | | | | | | | | |
| Cost of goods | 14,600 | 14,500 | 10,400 | 14,300 | 11,200 | 6,000 | 8,700 | 12,200 | 13,400 | 13,900 | 11,100 | 8,500 | 138,800 |
| IT & Telecom | 439 | 439 | 439 | 439 | 439 | 439 | 439 | 439 | 439 | 439 | 439 | 439 | 5,268 |
| **General & Administrative** | | | | | | | | | | | | | |
| Rent | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 63,000 |
| Professional Fees | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| Contract Labor | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Office Expense | 715 | 715 | 715 | 715 | 715 | 715 | 715 | 715 | 715 | 715 | 715 | 715 | 8,580 |
| Other G&A | 3,762 | 3,762 | 3,762 | 3,762 | 3,762 | 3,762 | 3,762 | 3,762 | 3,762 | 3,762 | 3,762 | 3,762 | 45,144 |
| **Total Operating Disbursements** | 53,246 | 53,146 | 49,046 | 52,946 | 49,846 | 44,646 | 47,346 | 50,846 | 52,046 | 52,546 | 49,746 | 47,146 | 602,552 |
| **Required debt service** | 10,200 | 10,200 | 10,200 | 10,200 | 10,200 | 10,200 | 10,200 | 10,200 | 10,200 | 10,200 | 10,200 | 10,200 | 122,400 |
| **Available cash** | 13,737 | 12,809 | 11,655 | 11,175 | -1,949 | -18,484 | -12,497 | -960 | 3,893 | 4,683 | -3,169 | -14,999 | 5,894 |
| Available cash | 13,737 | 26,546 | 38,201 | 49,376 | 47,427 | 28,943 | 16,446 | 15,486 | 19,379 | 24,062 | 20,893 | 5,894 | |

1

| CASH FLOW | 2022 | 2023 | 2024 |
|---|---|---|---|
| **Cash Receipts** | | | |
| Collections | 803,930 | 884,323 | 972,756 |
| Additional borrowings | 0 | 0 | 0 |
| Total Cash Receipts | 803,930 | 884,323 | 972,756 |
| **Cash Disbursements** | | | |
| *Total Payroll* | 204,000 | 210,120 | 212,221 |
| Payroll - Gross | 30,600 | 30,906 | 31,215 |
| Payroll - Employer Taxes | 0 | 0 | 0 |
| Benefits | 12,660 | 12,660 | 12,660 |
| Health Insurance | 0 | 0 | 0 |
| Worker's Comp Insurance | 22,380 | 22,380 | 22,380 |
| Insurance Property | 0 | 0 | 0 |
| Insurance GL and Other | 62,172 | 68,389 | 75,228 |
| Taxes | | | |
| *Expenses* | | | |
| Cost of goods | 152,680 | 167,948 | 184,743 |
| IT & Telecom | 439 | 439 | 439 |
| *General & Administrative* | | | |
| Rent | 63,000 | 63,000 | 63,000 |
| Professional Fees | 3,600 | 3,600 | 3,600 |
| Contract Labor | 12,000 | 12,600 | 13,230 |
| Office Expense | 8,580 | 8,837 | 9,103 |
| Other G&A | 45,144 | 46,498 | 47,893 |
| Total Operating Disbursements | 617,255 | 647,378 | 675,712 |
| Required debt service | 122,400 | 122,400 | 122,400 |
| Available cash | 64,275 | 114,545 | 174,644 |

1