**Exhibit "C" To Debtor's Plan of Reorganization**

**Scheduled Debts For Which A Proof of Claim Was Filed**

| Claim # | Creditor | Amount of Claim | Plan Treatment |
|---|---|---|---|
| 1 | Arvest Bank | $71,060.20 | Debtor proposes to surrender the 2017 Cadillac that is pledged as collateral for this debt in full satisfaction of the claim. |
| 2 | Financial Pacific Leasing, Inc. | $8,267.99 | Creditor filed a claim stating that the debt is unsecured. Debtor agrees with the claim and proposes to pay the debt as unsecured. |
| 3 | Financial Pacific Leasing, Inc. | $8,027.68 | Creditor filed a claim stating that the debt is unsecured. Debtor agrees with the claim and proposes to pay the debt as unsecured. |
| 4 | Financial Pacific Leasing, Inc. | $7,629.19 | Creditor filed a claim stating that the debt is unsecured. Debtor agrees with the claim and proposes to pay the debt as unsecured. |
| 5 | Financial Pacific Leasing, Inc. | $9,862.33 | Creditor filed a claim stating that the debt is secured. Creditor attached a UCC-1 that references a contract number for a contract that has not been provided as documentation of the claim. The supporting documentation does not support the secured claim. Therefore, Debtor has objected to the Proof of Claim and proposes to pay the debt as unsecured. |
| 6. | RCB Bank | $21,420.87 | Creditor filed a secured proof of claim with which Debtor agrees and proposes to pay the secured debt as follows: Debtor will pay this debt in equal monthly payments over 60 months at the contract rate of interest. Debtor will begin making payments in January 2021. The maturity date will be extended to 61 months from the date the order confirming plan is filed. |
| 7. | RCB Bank | $193,264.64 | Creditor filed a secured proof of claim with which Debtor agrees and proposes to pay the secured debt as follows: Debtor will pay this debt pursuant to the original contract terms. Debtor will begin making payments in January 2021. The maturity date will be extended for the length of time between when the case was filed and when payments resume. |

| | | | |
|---|---|---|---|
| 8. | RCB Bank | $99,402.56 | Creditor filed a secured proof of claim with which Debtor agrees and proposes to pay the secured debt as follows: Debtor will pay this debt in equal monthly payments over 72 months at the contract rate of interest. Debtor will begin making payments in January 2021. The maturity date will be extended to 73 months from the date the order confirming plan is filed. |
| 9. | RCB Bank | $16,110.53 | Creditor filed a secured proof of claim with which Debtor agrees and proposes to pay the secured debt as follows: Debtor will pay this debt pursuant to the original contract terms. Debtor will begin making payments in January 2021. The maturity date will be extended for the length of time between when the case was filed and when payments resume. |
| 10. | On Deck | $29,899.15 | Creditor filed a claim stating that the debt is unsecured. Debtor agrees with the claim and proposes to pay the debt as unsecured. |
| 11. | DS Factors | $2,002.21 | Creditor filed a claim stating that the debt is unsecured. Debtor agrees with the claim and proposes to pay the debt as unsecured. |
| 12. | Enverto Investment Group | $2,790.34 | Debtor filed a claim stating that the agreement is a lease. Debtor has filed a motion to assume the lease agreement and believes that the Court will approve the motion. Debtor will pay the lease pursuant to the terms of the order granting motion to assume lease. |
| 13. | Ascentium Capital, LLC | $30,093.67 | Creditor has filed a proof of claim stating the debt is secured and has attached a UCC-1. The UCC-1 is not filed. Debtor has filed an objection to the proof of claim. Therefore, Debtor proposes to treat the debt as unsecured because RCB has a lien on the collateral that is the subject of the debt. |
| 14. | Ascentium Capital, LLC | $20,636.17 | Creditor has filed a proof of claim stating the debt is secured. Creditor listed the value and secured portion as $11,350, and the unsecured portion as $9,286.17. Debtor filed a motion to determine the value of collateral and allowed amount of secured claim. The |

|   |   |   | motion was granted and an order was entered by the Court. Pursuant to the Order, Debtor will pay the allowed secured claim amount of $4,027.25 in equal monthly payments over the remaining term of the note. The maturity date will be extended for the length of time between when the case was filed and when payments resume. The remainder of the debt will be included in the distribution to the general unsecured creditors. Debtor will begin making monthly payments on the allowed secured claim in January 2021. |
|---|---|---|---|
| 15. | Ascentium Capital, LLC |   | Creditor filed a claim stating that the debt is unsecured. Debtor agrees with the claim and proposes to pay the debt as unsecured. |
| 16. | Ascentium Capital, LLC |   | Creditor filed a claim stating that the debt is unsecured. Debtor agrees with the claim and proposes to pay the debt as unsecured. |
| 17. | Ascentium Capital, LLC |   | Creditor filed a claim stating that the debt is unsecured. Debtor agrees with the claim and proposes to pay the debt as unsecured. |
| 18. | Ascentium Capital, LLC |   | Creditor filed a claim stating that the debt is unsecured. Debtor agrees with the claim and proposes to pay the debt as unsecured. |
| 19. | Ascentium Capital, LLC |   | Creditor filed a claim stating that the debt is unsecured. Debtor agrees with the claim and proposes to pay the debt as unsecured. |
| 20. | Ascentium Capital, LLC | $38,946.81 | Creditor has filed a proof of claim stating the debt is secured. Creditor listed the value and secured portion as $15,600 and the unsecured portion as $23,346.81. Debtor filed a motion to determine the value of collateral and allowed amount of secured claim. The motion was granted and an order was entered by the Court. Pursuant to the Order, Debtor will pay the allowed secured claim of $3,456 in equal monthly payments over the remaining term of the note. The maturity date will be extended for the length of time between when the case was filed and when payments resume. The remainder of the debt will be included in the distribution to the general unsecured |

| | | | |
|---|---|---|---|
| | | | creditors. Debtor will begin making monthly payments on the allowed secured claim in January 2021. |
| 21. | Ascentium Capital, LLC | $34,080.28 | Creditor has filed a proof of claim stating the debt is secured. Creditor listed the value and secured portion as $13,600 and the unsecured portion as $20,480.28. Debtor filed a motion to determine the value of collateral and allowed amount of secured claim. The motion was granted and an order was entered by the Court. Pursuant to the Order, Debtor will pay the allowed secured claim amount of $2,400 in equal monthly payments the remaining term of the note. The maturity date will be extended for the length of time between when the case was filed and when payments resume. The remainder of the debt will be included in the distribution to the general unsecured creditors. Debtor will begin making monthly payments on the allowed secured claim in January 2021. |
| 22. | Ascentium Capital, LLC | | Creditor filed a claim stating that the debt is unsecured. Debtor agrees with the claim and proposes to pay the debt as unsecured. |
| 23. | Ascentium Capital, LLC | $25,288.61 | Creditor filed a claim stating the debt is secured. Debtor has objected to this proof of claim and proposes to treat the debt as unsecured because there is no supporting documentation that provides a detailed listing of the collateral. Therefore, Debtor proposes to treat the debt as unsecured. |
| 24. | Internal Revenue Service | $17,221.79 | Debtor disputes the amount of the claim and has filed an objection to the claim. Debtor believes the amount owed to the IRS is $13,736.54 and proposes to pay that amount in equal monthly payments over the next 60 months. Debtor will begin making monthly payments in January 2021. |
| 25. | Pawnee Leasing | $5,985.24 | Creditor filed a claim stating that the agreement is a lease. Debtor rejects the lease. |

| 26. | Pawnee Leasing | $1,275.19 | Creditor filed a claim stating that the agreement is a lease. Debtor rejects the lease. |
| 27. | Pawnee Leasing | $34,400.81 | Creditor filed a claim stating that the agreement is a lease. Debtor rejects the lease. |

### Scheduled Debts For Which A Proof Of Claim Was Not Filed

| Creditor | Claim Amount | Plan Treatment |
|---|---|---|
| First National Bank & Trust Co. of Weatherford | $100,000 and $246,862.94 | Debtor listed the debt as secured in its Schedules. Debtor will pay the debt in full in equal monthly payments over 60 months at 5.75% interest. The maturity date will be extended for the length of time between when the case was filed and when payments resume. This debt is guaranteed by the SBA, which is currently making payments on the debt due to COVID-19, and will continue to do so until approximately October 2020. Debtor will begin making payments in January 2021. |
| The Florist Federal Credit Union | $12,036.39 | The debt is secured by a 2016 Chevy Express Van. Debtor proposes to pay the debt in equal monthly payments over the remaining term of the note at the contract rate of interest. Debtor will begin making payments in January 2021. The maturity date will be extended for the length of time between when the case |

| | | |
|---|---|---|
| | | was filed and when payments resume. |
| 24 Capital | $28,530 | Debtor listed the debt as disputed in its Schedules. Creditor has not filed a proof of claim. Therefore, the debt is disallowed, is not provided for in the plan, and will be discharged upon completion of the plan. |
| ABCO Rents | $395.71 | The debt was listed as unsecured in Debtor's schedules and will be treated as such in the plan. |
| Arvest/Security Bankcard Center | $60,560.97 | The debt was listed as unsecured in Debtor's schedules and will be treated as such in the plan. |
| Blue Bridge Financial, LLC | $10,252 | Debtor listed the debt as disputed in its Schedules. Creditor has not filed a proof of claim. Therefore, the debt is disallowed, is not provided for in the plan, and will be discharged upon completion of the plan. |
| Capital One | $7,230.35 | The debt was listed as unsecured in Debtor's schedules and will be treated as such in the plan. |
| Emerald Hills Capital Management, LLC | $26,079 | Debtor listed the debt as disputed in its Schedules. Creditor has not filed a proof of claim. Therefore, the debt is disallowed, is not provided for in the plan, and will be discharged upon completion of the plan. |
| Expansion Capital | $46,295 | Debtor listed the debt as disputed in its Schedules. Creditor has not filed a proof of claim. Therefore, the debt is disallowed, is not provided |

| | | |
|---|---|---|
| | | for in the plan, and will be discharged upon completion of the plan. |
| Fundamental Capital, LLC aka Spark Funding | $15,785 | Debtor listed the debt as disputed in its Schedules. Creditor has not filed a proof of claim. Therefore, the debt is disallowed, is not provided for in the plan, and will be discharged upon completion of the plan. |
| Gage, Inc., LLP | $190.40 | DSA Factors filed a proof of claim for this debt and will be treated as stated above in the claims treatment breakdown. |
| Gage, Inc., LLP | $511.47 | DSA Factors filed a proof of claim for this debt and will be treated as stated above in the claims treatment breakdown. |
| Gage Inc., LLP | $1,264.88 | DSA Factors filed a proof of claim for this debt and will be treated as stated above in the claims treatment breakdown. |
| Gage Inc., LLP | 225.86 | DSA Factors filed a proof of claim for this debt and will be treated as stated above in the claims treatment breakdown. |
| Green Capital Funding, LLC | $281,000 | Debtor listed the debt as disputed in its Schedules. Creditor has not filed a proof of claim. Therefore, the debt is disallowed, is not provided for in the plan, and will be discharged upon completion of the plan. |
| K&K Interiors | $265.31 | The debt was listed as unsecured in Debtor's schedules and will be treated as such in the plan. |

| Kabbage | $21,690.93 | The debt was listed as unsecured in Debtor's schedules and will be treated as such in the plan. |
|---|---|---|
| Loanbuilder | $39,348 | Debtor listed the debt as disputed in its Schedules. Creditor has not filed a proof of claim. Therefore, the debt is disallowed, is not provided for in the plan, and will be discharged upon completion of the plan. |
| Melrose International | $743.43 | The debt was listed as unsecured in Debtor's schedules and will be treated as such in the plan. |
| MM Funding Group | $87,000 | Debtor listed the debt as disputed in its Schedules. Creditor has not filed a proof of claim. Therefore, the debt is disallowed, is not provided for in the plan, and will be discharged upon completion of the plan. |
| MM Funding Group | $76,650 | Debtor listed the debt as disputed in its Schedules. Creditor has not filed a proof of claim. Therefore, the debt is disallowed, is not provided for in the plan, and will be discharged upon completion of the plan. |
| MM Funding Group | $65,375 | Debtor listed the debt as disputed in its Schedules. Creditor has not filed a proof of claim. Therefore, the debt is disallowed, is not provided for in the plan, and will be discharged upon completion of the plan. |
| National Funding, Inc. | $18,737 | This is a noticing party for a lease with Pawnee Leasing that has been previously |

|  |  | provided for above. See notes regarding claim number 25 above. |
|---|---|---|
| Raz Imports | $1,599.84 | The debt was listed as unsecured in Debtor's schedules and will be treated as such in the plan. |
| Connie Duglin Linen | $3,845.21 | The debt was listed as unsecured in Debtor's schedules and will be treated as such in the plan. |