| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 20-10845<br>Western District of Oklahoma<br>Oklahoma City<br>Mon Jul  6 10:31:11 CDT 2020 | Arvest Bank<br>John W. Mee III<br>Mee Hoge PLLP<br>50 Penn Place<br>1900 NW Expressway, Suite 1400<br>Oklahoma City, OK 73118-1801 | On Deck Capital Inc<br>c/o Christine Levi<br>1400 Broadway<br>New York, NY 10018-5300 |
| On Deck Capital, Inc.<br>101 W. Colfax Ave., 10th Floor<br>Denver, CO 80202-5167 | RCB Bank<br>c/o Karen Carden Walsh<br>Riggs, Abney<br>502 West 6th Street<br>Tulsa, OK 74119-1016 | True Colours, Inc.<br>502 S. Main Street<br>Stillwater, OK 74074-4034 |
| USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | 24 Capital<br>31-10 37th Ave.<br>Long Island City, NY 11101-2128 | ABCO Rents<br>2033 E. 11th St.<br>Tulsa, OK 74104-3623 |
| (p)ARVEST BANK<br>P O BOX 11110<br>FORT SMITH AR 72917-1110 | Arvest Bank<br>524 N. Main St.<br>Stillwater, OK 74075-5412 | Arvest/Security Bankcard Center<br>PO Box 2169<br>Lowell, AR 72745-2169 |
| Ascentium Capital, LLC<br>23970 Highway 59 North<br>Kingwood, TX 77339-1535 | Blue Bridge Financial, LLC<br>201 Buffalo<br>Buffalo, NY 14203 | Brian Hobbs<br>6 Champion Place<br>Stillwater, OK 74074-1065 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Connie Duglin Linen<br>6402 W. Linebaugh Ave.<br>Tampa, FL 33625-4959 | (p)ENVERTO INVESTMENT GROUP LLC<br>ATTN BANKRUPTCY DEPT<br>4250 N DRINKWATER BLVD SUITE 220<br>SCOTTSDALE AZ 85251-3985 |
| DSA Factors<br>3126 N. Lincoln Ave.<br>PO Box 577520<br>Chicago, IL 60657-7335 | Emerald Hills Capital Management, LLC<br>d/b/a Outbound Capital<br>355 S. Teller St. #200<br>Lakewood, CO 80226-7391 | Expansion Capital<br>5801 S. Corporate Pl.<br>Sioux Falls, SD 57108-5027 |
| Financial Pacific Leasing Inc<br>3455 S 344th Way Ste 300<br>Federal Way WA 98001-9546 | Financial Pacific Leasing, Inc.<br>PO Box 4568<br>Federal Way, WA 98063-4568 | First National Bank & Trust Co. Weathfor<br>4611 West 6th<br>Stillwater, OK 74074-1551 |
| Fundamental Capital, LLC aka Spark Fundi<br>201 Mission St.<br>San Francisco, CA 94105-1831 | Gage Inc., LLP<br>PO Box 223<br>Sister Bay, WI 54234-0223 | Green Capital Funding, LLC<br>116 Nassau St., Ste. 804<br>New York, NY 10038-2481 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jared C. Smith<br>RCB Bank<br>P.O. Box 189<br>Claremore, OK 74018-0189 | K&K Interiors<br>2230 Superior St.<br>Sandusky, OH 44870-1843 |

| | | |
|---|---|---|
| Kabbage<br>925 B Peachtree St. NE, Ste. 1688<br>Atlanta, GA 30309-3918 | L&J Realty<br>520 W. 6th<br>Stillwater, OK 74074-4555 | Loanbuilder<br>3505 Silverside Rd.<br>Wilmington, DE 19810-4905 |
| MM Funding Group<br>114-116 Ditmas Avenue<br>Brooklyn, NY 11218-4902 | Mark Sarno<br>6 Champion Place<br>Stillwater, OK 74074-1065 | Melrose International<br>1400 N. 30th St., Ste 22<br>PO Box 3441<br>Quincy, IL 62305-3441 |
| National Funding, Inc.<br>9820 Towne Centre Dr., Ste. 200<br>San Diego, CA 92121-1944 | Odd Fellows Development Group<br>621 S. Husband<br>Stillwater, OK 74074-4033 | On Deck Capital<br>1400 Broadway<br>New York, NY 10018-5300 |
| (p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 | RCB Bank<br>Karen Carden Walsh<br>Riggs Abney<br>502 West 6th Street<br>Tulsa OK 74119-1016 | RCB Bank Stillwater<br>324 S. Duck<br>Stillwater, OK 74074-3218 |
| Raz Imports<br>1020 Eden Rd.<br>Arlington, TX 76001-7885 | The Florist Federal Credit Union<br>404 N. Kentucky Ave.<br>Roswell, NM 88201-4719 | United States Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3479 |
| Amanda R Blackwood<br>Blackwood Law Firm, PLLC<br>PO Box 6921<br>Moore, OK 73153-0921 | Gary D. Hammond<br>512 NW 12th Street<br>Oklahoma City, OK 73103-2407 | Stephen J. Moriarty<br>Fellers Snider<br>100 N. Broadway Ave., Suite 1700<br>Oklahoma City, OK 73102-8820 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Arvest Bank<br>105 N. Panther Ave.<br>Yellville, AR 72687 | Currency Capital, LLC<br>Los Angeles Headquarters<br>12100 Wilshire Blvd. #1750<br>Los Angeles, CA 90025 | (d)Enverto Investment Group, LLC<br>4250 N Drinkwater Blvd, Suite 220<br>Scottsdale, AZ 85251 |
| Pawnee Leasing Corporation<br>3801 Automation Way, Ste. 207<br>Fort Collins, CO 80525 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)First National Bank & Trust Co. Weatherfor<br>4611 W. 6th Street<br>Stillwater | (d)Mark Sarno<br>6 Champion Place<br>Stillwater, OK 74074-1065 | (d)RCB Bank<br>Karen Carden Walsh<br>Riggs, Abney, 502 West 6th Street<br>Tulsa OK 74119-1016 |

End of Label Matrix
Mailable recipients    47
Bypassed recipients     3
Total                  50