# Notice Recipients

District/Off: 1087–5     User: jdon     Date Created: 8/19/2020
Case: 20–10845     Form ID: pdf001     Total: 59

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | True Colours, Inc.  502 S. Main Street  Stillwater, OK 74074 | |
| ust | United States Trustee  United States Trustee  215 Dean A. McGee Ave., 4th Floor  Oklahoma City, OK 73102 | |
| tr | Stephen J. Moriarty  Fellers Snider  100 N. Broadway Ave., Suite 1700  Oklahoma City, OK 73102–8820 | |
| cr | RCB Bank  c/o Karen Carden Walsh  Riggs, Abney  502 West 6th Street  Tulsa, OK 74119–1016 | |
| cr | Arvest Bank  John W. Mee III  Mee Hoge PLLP  50 Penn Place  1900 NW Expressway, Suite 1400  Oklahoma City, OK 73118 | |
| cr | On Deck Capital, Inc.  101 W. Colfax Ave., 10th Floor  Denver, CO 80202 | |
| cr | On Deck Capital Inc  c/o Christine Levi  1400 Broadway  New York, NY 10018 | |
| cr | United States of America, ex rel. Internal Revenue Service  US Attorney's Office  210 Park Ave, # 400  Oklahoma City, OK 73102 | |
| aty | Amanda R Blackwood  Blackwood Law Firm, PLLC  PO Box 6921  Moore, OK 73153 | |
| aty | Gary D. Hammond  512 NW 12th Street  Oklahoma City, OK 73103 | |
| aty | John W. Mee, III  Mee Hoge PLLP  50 Penn Place  1900 NW Expressway Suite 1400  Oklahoma City, OK 73118 | |
| aty | Karen C Walsh  Riggs Abney Neal Turpen Orbison & Lewis  502 West 6th Street  Tulsa, OK 74119–1016 | |
| aty | Kay Sewell  Assistant U.S. Attorney  210 Park Ave., Ste 400  Oklahoma City, OK 73102 | |
| aty | Marjorie J. Creasey  US Trustee Office  215 Dean A McGee Avenue  Oklahoma City, OK 73102 | |
| aty | Micah D. Sexton  PO Box 1118  Stillwater, OK 74076 | |
| aty | Stephen J. Moriarty  Fellers Snider  100 N. Broadway Ave., Suite 1700  Oklahoma City, OK 73102–8820 | |
| smg | Jolene M. Wise  Securities and Exchange Commission  175 W. Jackson Blvd., Suite 900  Chicago, IL 60604 | |
| smg | Internal Revenue Service  PO Box 7346  Philadelphia, PA 19101–7346 | |
| smg | Oklahoma Employment Security Commission  PO Box 53039  Oklahoma City, OK 73152–3039 | |
| 6436990 | 24 Capital  31–10 37th Ave.  Long Island City, NY 11101 | |
| 6436991 | ABCO Rents  2033 E. 11th St.  Tulsa, OK 74104 | |
| 6446699 | Arvest Bank  105 N. Panther Ave.  Yellville, AR 72687 | |
| 6436992 | Arvest Bank  524 N. Main St.  Stillwater, OK 74075 | |
| 6436993 | Arvest/Security Bankcard Center  PO Box 2169  Lowell, AR 72745 | |
| 6436994 | Ascentium Capital, LLC  23970 Highway 59 North  Kingwood, TX 77339–1535 | |
| 6436995 | Blue Bridge Financial, LLC  201 Buffalo  Buffalo, NY 14203 | |
| 6436996 | Brian Hobbs  6 Champion Place  Stillwater, OK 74074 | |
| 6436997 | Capital One  PO Box 30285  Salt Lake City, UT 84130–0285 | |
| 6458129 | Connie Duglin Linen  6402 W. Linebaugh Ave.  Tampa, FL 33625 | |
| 6436998 | Currency Capital, LLC  Los Angeles Headquarters  12100 Wilshire Blvd. #1750  Los Angeles, CA 90025 | |
| 6436999 | DSA Factors  3126 N. Lincoln Ave.  PO Box 577520  Chicago, IL 60657 | |
| 6437000 | Emerald Hills Capital Management, LLC  d/b/a Outbound Capital  355 S. Teller St. #200  Lakewood, CO 80226 | |
| 6450596 | Enverto Investment Group, LLC  4250 N Drinkwater Blvd, Suite 220  Scottsdale, AZ 85251 | |
| 6437001 | Expansion Capital  5801 S. Corporate Pl.  Sioux Falls, SD 57108 | |
| 6447148 | Financial Pacific Leasing Inc  3455 S 344th Way Ste 300  Federal Way WA 98001 | |
| 6437002 | Financial Pacific Leasing, Inc.  PO Box 4568  Federal Way, WA 98063 | |
| 6437003 | First National Bank & Trust Co. Weathfor  4611 West 6th  Stillwater, OK 74074 | |
| 6437004 | Fundamental Capital, LLC aka Spark Fundi  201 Mission St.  San Francisco, CA 94105 | |
| 6437005 | Gage Inc., LLP  PO Box 223  Sister Bay, WI 54234 | |
| 6437006 | Green Capital Funding, LLC  116 Nassau St., Ste. 804  New York, NY 10038 | |
| 6437007 | Internal Revenue Service  PO Box 7346  Philadelphia, PA 19101–7346 | |
| 6447383 | Jared C. Smith  RCB Bank  P.O. Box 189  Claremore, OK 74018 | |
| 6437008 | K&K Interiors  2230 Superior St.  Sandusky, OH 44870 | |
| 6437009 | Kabbage  925 B Peachtree St. NE, Ste. 1688  Atlanta, GA 30309 | |
| 6458130 | L&J Realty  520 W. 6th  Stillwater, OK 74074 | |
| 6437010 | Loanbuilder  3505 Silverside Rd.  Wilmington, DE 19810 | |
| 6437014 | MM Funding Group  114–116 Ditmas Avenue  Brooklyn, NY 11218 | |
| 6437012 | Mark Sarno  6 Champion Place  Stillwater, OK 74074 | |
| 6437011 | Mark Sarno  6 Champion Place  Stillwater, OK 74074–1065 | |
| 6437013 | Melrose International  1400 N. 30th St., Ste 22  PO Box 3441  Quincy, IL 62305 | |
| 6437015 | National Funding, Inc.  9820 Towne Centre Dr., Ste. 200  San Diego, CA 92121 | |
| 6458131 | Odd Fellows Development Group  621 S. Husband  Stillwater, OK 74074 | |
| 6437016 | On Deck Capital  1400 Broadway  New York, NY 10018 | |
| 6437017 | Pawnee Leasing Corporation  3801 Automation Way, Ste. 207  Fort Collins, CO 80525 | |
| 6447546 | RCB Bank  Karen Carden Walsh  Riggs Abney  502 West 6th Street  Tulsa OK 74119 | |
| 6447428 | RCB Bank  Karen Carden Walsh  Riggs, Abney, 502 West 6th Street  Tulsa OK 74119 | |
| 6437019 | RCB Bank Stillwater  324 S. Duck  Stillwater, OK 74074 | |
| 6437018 | Raz Imports  1020 Eden Rd.  Arlington, TX 76001 | |

| | | | |
|---|---|---|---|
| 6437020 | The Florist Federal Credit Union | 404 N. Kentucky Ave. | Roswell, NM 88201 |

TOTAL: 59